UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                               )
                                                     )
**BERKTOLD, HEIDI M**                                )   Bankruptcy Case No. 15-13451 ABG
                                                     )   Chapter 7
                                                     )
Debtor(s).                                           )

## CERTIFICATE OF SERVICE

The undersigned certifies that on __June 17 and June 20_____, 2016__, [1] I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    BERKTOLD, HEIDI M
    204 ONWENSTIA ROAD
    VERNON HILLS, IL 60061

    JEFF A WHITEHEAD
    LAW OFFICE OF JEFF WHITEHEAD
    700 WEST VAN BUREN
    SUITE 1506
    CHICAGO, IL 60607

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    Jodi E. Gimbel,P.C.

---

[1] Notice was mailed to Creditors on June 17, 2016 giving 21 days notice through an error in communication as the TFR (Trustee's Final Report ) was not filed until June 20, 2016. Those receiving by Electronic Notice received on June 20, 2016 giving 18 days notice.

    5 Revere Drive
Suite 350
Northbrook, IL 60062

    Jodi E. Gimbel,P.C.
5 Revere Drive
Suite 350
Northbrook, IL 60062

    ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

| | |
|---|---|
| 1 | Cavalry Spv I, LLC<br>Assignee of Capital One, N.A.,Bass & Associates, P.C.,3936 E. Ft. Lowell Road<br>Tucson, AZ 85712 |
| 2 | Portfolio Recovery Associates, LLC<br>successor to U.S. Bank National Associat (US BANK),POB 41067<br>Norfolk, VA 23541 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402